MARY BEEBE et al., Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Defendant, and ASSOCIATES FOR WOMEN'S MEDICINE, PLLC, et al., Respondents.

Submitted July 6, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 1035 (2015)].